✓ FILED     ___ LODGED
___ RECEIVED ___ COPY

OCT 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | CR-17-1307-PHX-SPL (MHB) |
| v. | **INDICTMENT** |
| Sarah Marie Thompson, | VIO: 18 U.S.C. § 1029(a)(1) (Fraud in Connection with Counterfeit Access Devices) Counts 1-7 |
| Defendant. | |

THE GRAND JURY CHARGES:

## INTRODUCTION

1. At all times material to this indictment, the United States Postal Service (USPS) was an agency of the United States responsible for the delivery of mail. As part of its duties and services, USPS sold postage stamps and other postal merchandise.

2. Beginning on or around February 6, 2017, and continuing to on or around February 10, 2017, in the District of Arizona and elsewhere, SARAH MARIE THOMPSON (THOMPSON) knowingly and with the intent to defraud the USPS did fraudulently obtain postage stamps through the use of counterfeited credit cards and misappropriated credit card numbers belonging to others.

3. The means and manner of the fraudulent scheme to defraud the USPS included the following:

a. THOMPSON unlawfully obtained, possessed and used the following legitimate Chase Bank credit card numbers which were embossed on counterfeited credit cards from Chase Bank:

  i. A counterfeited Citibank credit card with the legitimate Chase Bank account number ending in 3054;

  ii. A counterfeited US Bank credit card with the legitimate Chase Bank account number ending in 7213; and

  iii. A counterfeited Chase Bank credit card with the legitimate Chase Bank account number ending in 2609.

b. THOMPSON was not authorized by Chase Bank, or any of the lawful Chase Bank account holders whose credit card numbers she used, to possess or use the credit card numbers.

## COUNTS 1 - 7
18 U.S.C. § 1029(a)(1)
(Fraud in Connection with Counterfeit Access Devices)

4. The factual allegations in paragraphs 1 through 3 of this indictment are incorporated by reference as though fully set forth herein.

5. On or about the dates set forth below, each instance being a separate count of this indictment, in the District of Arizona, THOMPSON knowingly and with the intent to defraud, possessed and used one or more counterfeit access devices (credit cards) to purchase postage stamps, said conduct affecting interstate commerce as follows:

| Count | Date | Post Office | Account Number | Transaction Amount |
|---|---|---|---|---|
| 1 | 02/06/2017 | Phoenix Maryvale Post Office | 3054 | $1,470 |
| 2 | 02/06/2017 | Glendale Downtown Post Office | 3054 | $1,960 |
| 3 | 02/06/2017 | Glendale Mail Post Office | 7213 | $2,450 |
| 4 | 02/06/2017 | El Mirage Post Office | 3054 | $2,450 |
| 5 | 02/06/2017 | Youngtown Post Office | 3054 | $2,450 |

| Count | Date | Post Office | Account Number | Transaction Amount |
|---|---|---|---|---|
| 6 | 02/06/2017 | Sun City Main Post Office | 7213 | $1,666 |
| 7 | 02/08/2017 | Phoenix Northeast Post Office | 2609 | $980 |
| | | | Total: | $13,426 |

In violation of Title 18, United States Code, Section 1029(a)(1).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: October 3, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

s/
CHARLES F. HYDER
Assistant United States Attorney